**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANTOINE SCOTT**                                                                                              **PLAINTIFF**

v.                                            **Case No. 4:19-cv-00044-KGB**

**UNION PACIFIC RAILROAD COMPANY**                                              **DEFENDANT**

**ORDER**

Before the Court is a motion for leave to withdraw filed by defendant Union Pacific Railroad Company ("Union Pacific") (Dkt. No. 21). In the motion, Khayyam M. Eddings respectfully moves for leave to withdraw as counsel for Union Pacific in this case (*Id.*). Mr. Eddings represents that Union Pacific will be represented going forward by Abtin Mehdizadegan and Caitlin Campbell from Cross, Gunter, Witherspoon & Galchus, P.C. (*Id.*). For good cause shown, the Court grants the motion for leave to withdraw (Dkt. No. 21). The Court directs the Clerk to terminate Mr. Eddings as counsel of record for Union Pacific. The Court notes that Mr. Mehdizadegan and Ms. Campbell have both entered an appearance as counsel for Union Pacific (Dkt. Nos. 16, 17). Therefore, Union Pacific will continue to be represented by Mr. Mehdizadegan and Ms. Campbell.

It is so ordered this 25th day of November, 2019.

Kristine G. Baker
United States District Judge