**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTOINE SCOTT**                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:19-cv-00044-KGB**

**UNION PACIFIC RAILROAD COMPANY**                                                **DEFENDANT**

**ORDER**

Before the Court is Abtin Mehdizadegan's motion for leave to withdraw Nicholas C.R. Williams as counsel for defendant Union Pacific Railroad Company because he is no longer employed at Cross, Gunter, Witherspoon & Galchus, P.C. (Dkt. No. 61, ¶ 1). Mr. Mehdizadegan states that he will continue to represent Union Pacific Railroad Company in all further proceedings in this matter (*Id*., ¶ 2). For good cause shown, the Court grants the motion for leave to withdraw Mr. Williams as counsel (*Id*.). The Court directs the Clerk to terminate Mr. Williams as counsel of record for defendant Union Pacific Railroad Company.

It is so ordered this 31st day of March, 2022.

Kristine G. Baker
United States District Judge