IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTOINE SCOTT**                                                                             **PLAINTIFF**

v.                         **Case No. 4:19-cv-00044-KGB**

**UNION PACIFIC RAILROAD COMPANY**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Antoine Scott's amended complaint is dismissed with prejudice (Dkt. No. 15). The relief sought is denied.

It is so ordered this 31st day of March, 2022.

_____
Kristine G. Baker
United States District Judge